█ HOWARD J. READ et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 35833.) — 

 — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.